

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00229-CV

Julia **MARQUEZ**,
Appellant

v.

**AUBURN CREEK APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025-CV-02144
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

SIGNED August 6, 2025.

_____
Adrian A. Spears II, Justice